UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVARIS AMPS,

   Plaintiff,

  v.

TIFFANY PACK,

   Defendant.

No. 1:23-cv-01254-ADA-EPG

ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE

(ECF No. 2)

   Plaintiff Travaris Amps, proceeding pro se, filed the complaint commencing this action on August 22, 2023.  (ECF No. 1.)  That same day, the Court ordered Plaintiff to submit a complete and signed application to proceed in forma pauperis, or alternatively, to pay the $402.00 filing fee in full, within forty-five days.  (ECF No. 2.)  The Court's order informed Plaintiff that "[n]o requests for extension will be granted without a showing of good cause."  (*Id.* at 1.)  Further, the order warned Plaintiff that "[f]ailure to comply with this order will result in dismissal of this action."  (*Id.* at 2 (emphasis in original).)  Despite this warning, Plaintiff has failed to submit an application to proceed in forma pauperis or pay the filing fee.  Nor has Plaintiff requested any extension to do so.[1]  Accordingly, this action cannot proceed before the Court at this time.

///

---

[1] On August 24, 2023, Plaintiff filed a "Notice" with the Court that appears to be a handwritten summons addressed to the individual named as a defendant in Plaintiff's complaint along with a proof of service.  (ECF No. 3.)

Accordingly,

1.     This action is dismissed, without prejudice, for Plaintiff's failure to pay the filing fee; and

2.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 20, 2023

_____
UNITED STATES DISTRICT JUDGE